FILED
U.S. DISTRICT COURT

2005 SEP -9  A 10:25

DISTRICT OF UTAH

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| COLEEN GLATHAR, | : | |
| Plaintiff, | : | ORDER |
| vs. | : | |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | : | Case No. 2:03 CV 521 TC |
| Defendant. | : | |

This case was referred to Magistrate Judge Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B) and involves Plaintiff's appeal from the denial of her application for Disability Insurance Benefits under Titles II and XVIII of the Social Security Act, 42 U.S.C. §§ 401-433.

Judge Wells issued her Report and Recommendation ("R&R") on August 15, 2005, finding that the decision of the Administrative Law Judge is supported by substantial evidence and there is no valid basis for reversing the decision of the Commissioner. Accordingly, Judge Wells recommended denial of Ms. Glathar's appeal.

The parties were given ten days from the date of the issuance of the R&R to file objections; neither party has filed objections.

The court finds that Judge Wells' R&R is correct in all material respects. Accordingly, the R&R is adopted as the order of this court. The Plaintiff's appeal is DENIED and DISMISSED.

DATED this 10 day of September, 2005.

_____
TENA CAMPBELL
United States District Judge